NO. SCWC-30437

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

BARRY MCCORKLE, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30437; CR. NO. 1P109-7267)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, and McKenna, JJ.,
and Circuit Judge Kubo, in place of Duffy, J., recused)

Petitioner/Defendant-Appellant Barry McCorkle's

application for writ of certiorari filed on February 29, 2012, is

hereby rejected.

DATED:  Honolulu, Hawai'i, April 4, 2012.

Jon N. Ikenaga, Deputy
Public Defender, on the
application for petitioner/
defendant-appellant.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Edward H. Kubo, Jr.

